MICHELE BECKWITH
Acting United States Attorney
EMILY G. SAUVAGEAU
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Feb 06, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>JACOB BESS,<br><br>           Defendant. | CASE NO. 2:25-CR-0029-DAD<br><br>[PROPOSED] ORDER FOR ISSUANCE OF ARREST WARRANT |

**ORDER**

The Court has reviewed the Information in this matter, the government's request for issuance of an arrest warrant, and the affidavit of probable cause under Rule 9(a). Finding good cause therefor, the Court hereby ORDERS that an arrest warrant issue commanding any authorized law enforcement officer to arrest and bring before a United States Magistrate Judge without unnecessary delay JACOB BESS, who is charged, by Information, with a violation of 18 U.S.C. §2251(a) – Sexual Exploitation of a Minor.

Dated: February 6, 2025

_____
HON. CHI SOO KIM
U.S. MAGISTRATE JUDGE

ORDER FOR ISSUANCE OF ARREST WARRANT                          1