HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JACOB BESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JACOB BESS,<br><br>    Defendant. | Case No: 2:25-CR-0029-DAD<br><br>STIPULATED REQUEST TO CONTINUE SENTENCING HEARING AND PSR DATES; ORDER<br><br>District Judge Dale A. Drozd<br>New Date: June 23, 2025<br>Time:         9:30 a.m. |

Defendant JACOB BESS, through his attorney, Assistant Federal Defender Rachelle Barbour, and the UNITED STATES OF AMERICA, through AUSA Shea Kenny, hereby stipulate and jointly request that Mr. Bess's sentencing date be continued from June 16, 2025, to June 23, 2025 at 9:30 a.m. and that the remaining PSR dates be continued as follows:

| | |
|---|---|
| Sentencing | June 23, 2025 |
| Reply or statement of non-opposition | June 16, 2025 |
| Motion for Correction of PSR | June 9, 2025 |
| Final PSR | June 2, 2025 |
| Informal Objections to PSR | May 28, 2025 |

The parties have consulted with the Probation Officer, who concurs with this request. The continuance is requested to enable defense counsel to obtain criminal history records regarding

Stipulation/Order – Jacob Bess                              1

the Draft PSR. Defense counsel also needs additional time to discuss sentencing with Mr. Bess, who is in a remote jail in Yuba County. The parties also hope to resolve restitution requests prior to the sentencing date.

Date: May 23, 2025                    Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              /s/ Rachelle Barbour
                                              RACHELLE BARBOUR
                                              Attorney for Defendant
                                              JACOB BESS

Date:  May 23, 2025                    MICHELE BECKWITH
                                              Acting United States Attorney

                                              /s/ Shea Kenny
                                              SHEA KENNY
                                              Assistant U.S. Attorney
                                              Attorney for the United States

O R D E R

The dates set above are approved by the Court. The sentencing hearing is continued to June 23, 2025.

DATED:  May 28, 2025

                                              UNITED STATES DISTRICT JUDGE