HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JACOB BESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br>JACOB BESS,<br><br>      Defendant. | Case No: 2:25-CR-0029-DAD<br><br>ORDER<br><br>District Judge Dale A. Drozd |

The Court, having received the Defense Request for Determination of Federal Primary Jurisdiction, hereby ORDERS the Marshals Service to keep Mr. Bess in federal custody until this matter is addressed by further order.

IT IS SO ORDERED.

Dated: **July 24, 2025**

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER– Jacob Bess      1