1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
3  OFFICE OF THE FEDERAL DEFENDER
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Tel: 916-498-5700/Fax: 916-498-5710
5  Attorney for Defendant
   JACOB BESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No:  2:25-CR-0029-DAD |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER RE:** |
| | ) | **CONTINUANCE OF RESTITUTION** |
| JACOB BESS, | ) | **HEARING** |
| | ) | |
| Defendant. | ) | |
| | ) | District Judge Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Shea Kenny, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Jacob Bess, Defendant, that the restitution hearing currently set for August 18, 2025 be continued to **August 25, 2025 at 9:30 a.m.** to allow the parties to file a stipulation that will settle all restitution claims and provide for the hearing date to be vacated.

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

Date:  August 12, 2025        */s/  Rachelle Barbour*
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorneys for Defendant
                              JACOB BESS

Date: August 12, 2025         ERIC GRANT
                              United States Attorney
                              */s/Shea Kenny*
                              *Approved by Supervising AUSA Audrey Hemesath*
                              SHEA KENNY
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

Stipulation and ORDER– Jacob Bess        1

## ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety and continues the restitution hearing as set forth above.

IT IS SO ORDERED.

Dated:   **August 12, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE