HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JACOB BESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>JACOB BESS,<br><br>　　　　Defendant. | Case No:  2:25-CR-0029-DAD<br><br>**STIPULATION AND ORDER RE:<br>RESTITUTION**<br><br>District Judge Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney,
through Shea Kenny, Assistant United States Attorney, attorney for Plaintiff, and Heather
Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for
Jacob Bess, Defendant, that restitution be determined as follows and that the current court date of
August 28, 2025, be dropped from calendar.

The parties agree that a restitution order is appropriate under 18 U.S.C. section 2259(a),
and that restitution be ordered in the following amounts:

| | | |
|---|---|---|
| April | $4000 | Restore the Child |
| Chelsea | $4000 | Restore the Child |
| Pia | $5000 | Deborah Bianco, esq. |
| Jenny | $5000 | Marsh Law Firm PLLC |
| Tara | $5000 | Carol Hepburn, esq. |
| Lily | $5000 | Carol Hepburn, esq. |
| SV | $3000 | Jones Day |
| Raven | $5000 | Marsh Law Firm PLLC |

1    The parties request that the restitution order include the following language from the

2    PSR:

3    **IT IS ORDERED** that the defendant shall pay restitution to the victim(s) in the

4    amount of $36,000.00 as outlined in the stipulation of the parties, payment to begin immediately.

5    The interest is waived. Restitution is to be sent to the Clerk of the Court who shall forward it to

6    the victim(s).  If incarcerated, payment of any unpaid criminal monetary penalty in this case is

7    due during imprisonment at the rate of 10% of the defendant's gross income per month or $25

8    per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate

9    Financial Responsibility Program.

10    A proposed order is set forth below for the Court's convenience.

11    Respectfully submitted,

12    HEATHER E. WILLIAMS
      Federal Defender

13

14    Date:  August 15, 2025          */s/  Rachelle Barbour*
                                      RACHELLE BARBOUR
15                                    Assistant Federal Defender
                                      Attorneys for Defendant
16                                    JACOB BESS

17    Date: August 15, 2025          ERIC GRANT
                                      United States Attorney
18

19                                    */s/Shea Kenny*
                                      SHEA KENNY
20                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff

21

22    /////

23    /////

24    /////

25    /////

26    /////

27    /////

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety and orders restitution as set forth above.  An amended judgment will be entered to include the restitution amount of $36,000.00 as outlined in the stipulation of the parties, with payment to begin immediately and interest on the restitution amount waived.  The restitution hearing scheduled for August 28, 2025, is vacated and dropped from the court's calendar.

IT IS SO ORDERED.

Dated:   **August 15, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Restitution Stipulation and ORDER– Jacob Bess                3